NANCY E HAMMOND, REGISTER OF DEEDS
E-RECORDED    **Bk 17996 PG 258**
Instr # 2019027123
07/17/2019 08:43:00 AM
Pages 2    YORK CO

Recording Requested By:
**FIRST AMERICAN TITLE INSURANCE COMPANY**

And When Recorded Mail To:
**First American Mortgage Solutions**
**LR Department (Cust# 650)**
**3 First American Way**
**Santa Ana, California 92707**

———————————————— above for Recorder's use ————————————————

MERS MIN#:        iONE#: **(888) 679-6377**
Customer#:    vice#:

Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS, PO BOX 2026, FLINT, MI, 48501-2026**, hereby assign and transfer to **FORETHOUGHT LIFE INSURANCE COMPANY, 7 WORLD TRADE CTR 47TH FL 250 GREENWICH STREET, NEW YORK, NY 10007-0000**, all its right, title and interest in and to said Mortgage in the amount of **$200,000.00**, recorded in the State of **MAINE**, County of **YORK** Official Records, dated **NOVEMBER 30, 2007** and recorded on **DECEMBER 07, 2007**, as Instrument No. **2007061501**, in Book No. **15314**, at Page No. **0376-0396**.
Executed by: **JACQUELINE P. RENY, A SINGLE WOMAN** (Original Mortgagor).
Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS.**

Date: **JUL 1 2 2019**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR ACCREDITED HOME LENDERS, INC., ITS SUCCESSORS AND ASSIGNS**

By: ————————————————————————
     **Elia Barriga, Assistant Secretary**

**EXHIBIT**
**E**

Loan#:                 Srv#:
Page 2

---

A notary public or other officer completing this certificate
verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

---

State of      **CALIFORNIA**                    )
County of     **ORANGE**                         } ss.

On __**JUL 1 2 2019**__, before me, **Daniel Cao**, a Notary Public, personally appeared **Elia Barriga** , who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.



(Notary Name): **Daniel Cao**

Prepared By:
**First American Mortgage Solutions**
**LR Department**
**3 First American Way**
**Santa Ana, California 92707**
**HEATHER TIPTON, (800) 525-3633**

DANIEL CAO
COMM. #2169967
Notary Public · California
Orange County
My Comm. Expires Oct. 29, 2020